**No. P66/259.**—Hudson Shipping Co., Inc., et al. *v.* United States, protests 58/1787, etc. (New York).

**No. P66/260.**—Layfayette Brass Mfg. Co., Inc., et al. *v.* United States, protests 58/5936, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the items of merchandise marked "A" and "B" covered by the foregoing protests consist of hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), except that the component material of chief value of the merchandise in the items marked "B" is zinc, the claims of the plaintiffs were sustained.

**No. P66/261.**—Louis Marx & Co., Inc. *v.* United States, protest 65/9328 (San Francisco).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of air horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiff was sustained.

**No. P66/262.**—Ashear Bros., Inc. *v.* United States, protests 65/19990 and 65/20139 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of handkerchiefs, not block-printed by hand, similar in all material respects to those the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiff was sustained.